

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00398-CR

**IN RE** Juan Guillermo **MENDEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: August 26, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On August 7, 2020, Relator filed a pro se petition for writ of mandamus asking this court to order the trial court to direct the Board of Pardons and Paroles to recalculate his parole eligibility date. After considering the petition, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 02-06-00089-CRK, styled *State of Texas v. Juan Mendez*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Russell Wilson presiding.